

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

NOS. WR-59,972-03 & 59,972-04

**EX PARTE REYNALDO PALOMO, Applicant**

**ON APPLICATIONS FOR WRITS OF HABEAS CORPUS**
**CAUSE NOS. W15-75896-K(A) & W15-75896-K(B)**
**IN THE CRIMINAL DISTRICT COURT NO. 4 FROM DALLAS COUNTY**

*Per curiam*.

## O R D E R

Applicant was convicted of capital murder and was sentenced to imprisonment for life without the possibility of parole. The Fifth Court of Appeals affirmed his conviction. *Palomo v. State*, No. 05-16-01459-CR (Tex. App.—Dallas, January 31, 2018) (not designated for publication). Applicant filed these applications for writs of habeas corpus in the county of conviction, and the district clerk forwarded them to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

This Court received the WR-59,972-03 application on February 11, 2020, and dismissed it for non-compliance with the Rules of Appellate Procedure on February 19, 2020. TEX. R. APP. P.

73.1(d). The Court has since received a supplemental record indicating that Applicant brought the application into compliance on February 17, 2020. We now withdraw our order of February 19, 2020, and reconsider the WR-59,972-03 application on our own motion. TEX. R. APP. P. 79.2(d).

On September 18, 2020, this Court received the WR-59,972-04 application challenging the same conviction.

This Court has undertaken an independent review of all the evidence in the record. Therefore, based on the trial court's findings of fact and conclusions of law and this Court's independent review of the entire record, we deny relief.

Filed: January 27, 2021
Do not publish